IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA,

    Petitioner,                    No. CIV S-07-0859 GEB EFB P

    vs.

R.J. SUBUA, et al.,

    Respondents.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner is proceeding with an application for a writ of habeas corpus in another case.[1] It appears that petitioner's documents opening the instant action were intended to be filed instead with petitioner's previously filed case.

    Good cause appearing, it is ORDERED that:

    1. The May 24, 2007, service order is vacated;

    2. The Clerk of the Court is directed to refile the petition, declarations, and exhibits filed in this action in petitioner's previously filed action and close this case.

Dated: July 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See Case No. S-06-0363 DFL DAD P.